United States District Court
Southern District of Texas
**ENTERED**
December 02, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|
| Francisco Salazar,<br>    Petitioner,<br><br>v.<br><br>Bobby Lumpkin,<br>Director, Texas Department<br>of Criminal Justice, Correctional<br>Institutions Division,<br>    Respondent. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action H-21-2932 |

## Order of Adoption

On November 1, 2021, Magistrate Judge Peter Bray recommended that the court dismiss without prejudice Francisco Salazar's petition for writ of habeas corpus for want of prosecution. (8) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed on December 2, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge